RECEIVED
FEB 03 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

American Summit Mortgage Corporation,

Plaintiff,

-vs-

Kelly Bents,

Defendant.

Court File No: 00-CV-103 MJD/JGL

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

TO: COURT ABOVE-NAMED 316 NORTH ROBERT STREET, ST. PAUL, MINNESOTA 55101.

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which the Defendant shall answer ~~or otherwise respond to~~ the Complaint shall be extended to February 14, 2000.

Dated: Feb 3, 2000

**ROBERT M. FRAZEE, #31677**
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 338-0661
*Attorneys for Defendant*

Dated: Feb. 3, 2000

**STEVEN E. HELLAND**
*Fredrikson & Byron, P.A.*
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Phone: 612-347-7000

*Attorneys for Plaintiff*

FILED FEB 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the District of Minnesota, and the parties' stipulation, the time within which the Defendant shall answer or otherwise respond to the Complaint is extended to February 14, 2000.

Dated: Feb 4, 2000

Jonathan G. Lebedoff
United States Magistrate Judge

779654