UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

American Summit Mortgage Corporation,

Plaintiff,

v.

Kelly Bents,

Defendant.

Court File No. 00-CV-103 MJD/JGL

**STIPULATION ALLOWING AMENDED COMPLAINT**

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that, pursuant to Fed. R. Civ. P. 15, Plaintiff may amend its Complaint, and Plaintiff accepts service of the attached Amended Complaint.

Dated: March 6, 2000

Robert M. Frazee (#31677)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
Attorneys for Defendant

Dated: March 7, 2000

Steven E. Helland (#271822)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7113

Attorneys for Plaintiff

::ODMA\PCDOCS\FBDOCS1\2356122\1

SO ORDERED.

Dated:

JONATHAN LEBEDOFF
U.S. Magistrate Judge

FILED MAR 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______