UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

**American Summit Mortgage Corporation,**

Plaintiff,

v.

**Kelly Bents,**

Defendant.

Civ. No. 00-CV-103 MJD/JDL

**STIPULATION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT**

TO: COURT ABOVE-NAMED, 316 NORTH ROBERT STREET, ST. PAUL, MINNESOTA 55101.

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which the Defendant shall answer the Amended Complaint shall be extended to April 7, 2000.

Dated: March 1, 2000

Robert M. Frazee (#31677)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
Attorneys for Defendant

Dated: March 1, 2000

Steven E. Helland (#271822)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7113
Attorneys for Plaintiff

MAR 09 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the District of Minnesota, and the parties' stipulation, the time within which the Defendant shall answer the Amended Complaint is extended to April 7, 2000.

Dated: March 9, 2000

Jonathan G. Lebedoff
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2356215\1