**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

American Summit Mortgage Corporation, Court File No: 00-CV-103 MJD/JGL

Plaintiff,

-vs- **STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Kelly Bents,

Defendant.

---

TO: COURT ABOVE-NAMED 316 NORTH ROBERT STREET, ST. PAUL, MINNESOTA 55101.

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which the Defendant shall answer the Amended Complaint shall be extended to April 11, 2000.

Dated: April 6, 2000

**ROBERT M. FRAZEE, #31677**
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 338-0661
*Attorneys for Defendant*

Dated: April 7, 2000

**STEVEN E. HELLAND**
*Fredrikson & Byron, P.A.*
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Phone: 612-347-7000

*Attorneys for Plaintiff*

FILED 4/10/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the District of Minnesota, and the parties' stipulation, the time within which the Defendant shall answer or otherwise respond to the Complaint is extended to April 11, 2000.

Dated: April 10, 2000

Jonathan G. Lebedoff
United States Magistrate Judge

doc #796169