UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-103 (MJD/JGL)

AMERICAN SUMMIT MORTGAGE CORPORATION,

Plaintiff,

v.

**PRETRIAL ORDER**

KELLY BENTS,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to August 1, 2000;

3. All parties shall disclose all expert witnesses by December 1, 2000 and reports by February 1, 2001;

4. The period during which the parties may seek discovery shall be completed by March 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to April 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to July 1, 2001; and

7. This case will be considered "ready for trial" as of July 1, 2001.

DATED: April 17, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

APR 17 2000
Filed____________
Francis E. Dosal, Clerk
Judgment Entd.____________
Deputy Clerk____________