**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**American Summit Mortgage Corporation,**

Plaintiff,

v.

**Kelly Bents,**

Defendant.

Civ. No. 00-CV-103 MJD/JDL

**STIPULATION FOR EXTENSION OF TIME**

---

TO: COURT ABOVE-NAMED, 316 NORTH ROBERT STREET, ST. PAUL, MINNESOTA 55101.

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which the Plaintiff shall answer Defendant's Counterclaims shall be extended to May 8, 2000. Plaintiff and Defendant also agree to provide Rule 26 initial disclosures on May 8, 2000.

Dated: 25 April 2000

Robert M. Frazee (#31677)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
Attorneys for Defendant

Dated: 4-25-00

Steven E. Helland (#271822)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7113
Attorneys for Plaintiff

FILED APR 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the District of Minnesota, and the parties' stipulation, the time within which the Plaintiff shall answer the Counterclaims is extended to May 8, 2000. In addition, Plaintiff and Defendant shall provide Rule 26 initial disclosures on or before May 8, 2000.

Dated: April 27, 2000

Jonathan G. Lebedoff
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2375734\1