# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No. 00-103 (MJD/JGL)

American Summit
v.
Bents

**IN RE: Notice of Reassignment of Magistrate Judge - NEW 00-103 (MJD/SRN)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at 651-848-1200..

DATED: JUN 29 2000

Francis E. Dosal

**Francis E. Dosal, Clerk**

Filed JUN 29 2000
Judgment entered
Deputy Clerk

(18)