UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

American Summit Mortgage Corporation,

Plaintiff.

v.

Kelly Bentz,

Defendant.

Civ. No. 00-CV-103 MJD/JDL

STIPULATION FOR EXTENSION OF TIME

TO: COURT ABOVE-NAMED. 316 NORTH ROBERT STREET, ST. PAUL, MINNESOTA 55101.

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which the Plaintiff shall reply to Defendant's Counterclaims shall be extended to August 18, 2000. Plaintiff and Defendant also agree to provide Rule 26 initial disclosures on August 18, 2000.

Dated: July 21, 2000

Robert M. Frazee (#31677)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
Attorneys for Defendant

Dated: July 21, 2000

Steven E. Holland (#271822)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7113
Attorneys for Plaintiff

FILED JUL 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the District of Minnesota, and the parties' stipulation, the time within which the Plaintiff shall reply to the Counterclaims is extended to August 18, 2000. In addition, Plaintiff and Defendant shall provide Rule 26 initial disclosures on or before August 18, 2000.

Dated: July 24, 2000

Susan Richard Nelson
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2390521\1