**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**American Summit Mortgage Corporation,** Civ. No. 00-CV-103 MJD/JDL

Plaintiff,

v. **STIPULATION FOR EXTENSION OF TIME**

**Kelly Bents,**

Defendant.

---

TO: COURT ABOVE-NAMED, 316 NORTH ROBERT STREET, ST. PAUL, MINNESOTA 55101.

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which the Plaintiff shall reply to Defendant's Counterclaims shall be extended to October 2, 2000. Plaintiff and Defendant also agree to provide Rule 26 initial disclosures on October 2, 2000.

Dated: Aug 21, 2000

Robert M. Frazee (#31677)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
Attorneys for Defendant

Dated: Aug 21, 2000

Steven E. Holland (#271822)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7113
Attorneys for Plaintiff

FILED AUG 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

**IT IS HEREBY ORDERED:**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the District of Minnesota, and the parties' stipulation, the time within which the Plaintiff shall reply to the Counterclaims is extended to October 2, 2000. In addition, Plaintiff and Defendant shall provide Rule 26 initial disclosures on or before October 2, 2000.

Dated: August 22, 2000

Susan Richard Nelson
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2414214\1