**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**American Summit Mortgage Corporation,**

Plaintiff,

v.

**Kelly Bents,**

Defendant.

Civ. No. 00-CV-103 MJD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action including the counterclaim, having been resolved, may and shall be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: 2-14, 2001

Richard A. Ross (MN I.D. #181791)
Steven E. Helland (MN I.D. #271822)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7000

ATTORNEYS FOR PLAINTIFF AMERICAN SUMMIT MORTGAGE CORPORATION

FILED FEB 2 _ 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: Feb 20, 2001

Robert M. Frazee (MN I.D. #31677)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

ATTORNEYS FOR DEFENDANT
KELLY BENTS

## ORDER

**BASED ON THE FOREGOING**:

**IT IS HEREBY ORDERED** that the above-entitled action, including the counterclaim, is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: Feb 27, 2001

By: Michael J. Davis
JUDGE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT

::ODMA\PCDOCS\FBDOCS1\2375986\3